IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES ADAM HAWKINS, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00298-MTT-ALS |
| | * |
| GEORGIA STATE BOARD OF PARDONS AND PAROLES et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 26, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 27th day of January, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk